UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:25-cv-60618-DSL

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**AMERICAN MULTI-CINEMA, INC.,**
**d/b/a AMC THEATRES, a foreign**
**for-profit corporation**,

      Defendant.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby gives

notice that the parties have reached a settlement.  Accordingly, Plaintiff respectfully requests that the

Court stay the case for thirty (30) days to enable the parties finalize and execute their settlement

agreement and to file the notice of voluntary dismissal with prejudice.

Dated: May 30, 2025.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 6355 N.W. 36th Street, Suite 307 |
| T. 954/362-3800 | Virginia Gardens, FL 33166 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |