UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60618-LEIBOWITZ

NELSON FERNANDEZ,
    *Plaintiff,*

v.

AMERICAN MULTI-CINEMA, INC.,
    *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement [ECF No. 5] (the "Notice"). In the Notice, the parties represent that they have reached a settlement in this case. [*Id.* at 1]. Upon due consideration, it is hereby

**ORDERED AND ADJUDGED** that the parties are directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within thirty (30) days from the date of this Order. If such papers are not filed within the time specified, this matter will be dismissed, and the Court will be divested of jurisdiction to enforce the settlement agreement.

*The Clerk of Court* is INSTRUCTED to ADMINISTRATIVELY CLOSE this case. All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 2, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record